IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRITTANY KNIGHT,

Petitioner,

v.

STATE OF FLORIDA; SHERIFF
FOR LEON COUNTY, FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1832

Opinion filed October 2, 2017.

Petition for Writ of Habeas Corpus. Original Jurisdiction.

Andy Thomas, Public Defender, and L. Allen Beard and Carrie McMullen, Assistant Public Defenders, Tallahassee; Benjamin James Stevenson, ACLU Found. of Fla., Pensacola; and Nancy Abudu and Jacqueline Nicole Azis, ACLU Found. of Fla., Miami, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of habeas corpus is denied. *See Dyson v. Campbell*, 921 So. 2d 692, 693 (Fla. 1st DCA 2006) (explaining that bail is not per se excessive or unreasonable simply because the defendant is unable to pay it and that trial court

must consider a host of other factors in addition to a defendant's financial resources in determining what conditions for pretrial release are appropriate).

WETHERELL, RAY, and MAKAR, JJ., CONCUR.